CLARA W. ANSBACHER, Suing Individually and on Behalf of All Others Similarly Situated, etc., v. THE NEW YORK TRUST COMPANY.— Motion for leave to appeal

to the Court of Appeals granted; questions certified. [See *ante*, p. 727.] Present — O'Malley, Glennon, Untermyer, Dore and Cohn, JJ.